# PETITION UNDER 28 U.S.C. §2254 FOR WRIT OF HABEAS BY A PERSON IN STATE CUSTODY

United States District Court / Eastern District Of Louisiana

Jason Jarrell Spikes / Docket No. **18-10470**

Elayn Hunts Correctional Center / Prisoner No. 537025

Jason Jarrell Spikes v. Public Defender David Knight

The Attorney General of the State of Louisiana

**SECT. I MAG. 3**

1. (a) Name and location of court that entered the judgement of conviction you are challenging: 22nd District Courtroom Franklinton, LA.

2. (a) Date of the judgment of conviction: January 13, 2017
   (b) Date of sentencing: June 26, 2017

3. Length of sentence: 20 years

4. In this case, were you convicted on more than one count or of more than one crime? No

5. Identify all crimes of which you were convicted and sentenced the filing Contraband

TENDERED FOR FILING
OCT 31 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

6. (a) What was your plea? Not guilty
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Not guilty to all charges
   (c) If you went to trail, what kind of trail did you have? Jury

7. Did you testify at a pretrail hearing, trail, or a post-trail hearing? Yes

8. Did you appeal from the judgment of conviction? Yes

9. If you did appeal, answer the following:
   (a) Name of court: First Circuit of Appeal
   (b) Docket number: 2017 KA 0655
   (c) Result: Habitual Offender Adjudication and Sentence Affirmed
   (d) Date of Result: December 21, 2017
   (e) Citation to the case: Don't know
   (f) Grounds raised (1) The sufficiency of the evidence presented by the State
       (2) The Habitual-Offender Adjudication
       (3) The Sentence imposed by the district-court
   (g) Did you seek further review by a higher state court? No

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? Yes

11. If your answer to Question 10 was "Yes," give the following information:
    (a) 1 Name of court: 19th Judicial Courtroom
        They didn't respond back
    (b) If you filed any second petition, application, or motion give the same information: No, I didn't
    (c) If you filed any third petition, application, or motion give the same information: No, I didn't

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: Didn't know you had 30 days too.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim).
David Knight let evidence illegally obtained in my trail. He let Lewis Murry enter a statement in my trail exhibits. It was a statement I supposely made but it wasn't written or oral. He let Josh McMorris get on the stand and say I told him the knife was mine and I will just make another one. He let Lewis Murry offer me ten with the bill; where all he could offer me is five and five with the bill for two contraband charges. He let Judge Knight offer me fifthteen years if I lose in trial where the most he could've gave me is five years for a contraband charge. La. Code Crim P art 821 "assuming every fact to be proved that evidence tend to prove, in order to convict, it must exclude every reasonable hypothesis of innocence. He's a lawyer he know that this all he had to say on his closing arguments. After he heard the two correctional officer and me say they didn't have no assign bunks. At my habitual-offender sentence he didn't ask for a reconsideration of sentence. He just said he want to object the sentence. I had to file my own reconsideration of sentence

He conspired with the rest of my defendants and Matthew Caplan told the First Circuit I didn't file one and they denied my habitual-offender status. During my trail he told me before I got on the stand that I had three drug charges on my jacket as an adult. I told him I never went to jail for no cocaine charges. He said that's what the paper said, it ain't no way you can say you didn't. I'm going to ask you this when you get on the stand just repeat what the paper said so we can get this out the way, because you not going to trail for these charges you going to trail for two contraband charges we got to beat this. Before they billed me they did fingerprints and my prints didn't match so they used the statement I said on the stand. That's all they had to bill me on.

(b) If you did not exhaust your state remedies on Ground One, explain why?
At the time I didn't know too much about the law.

(d) Direct Appeal of Ground One
  (1) If you appealed from the judgment of conviction, did you raise this issue? No
  (2) If you did not raise this issue in your direct appeal, explain why
  I didn't tell my appellate lawyer about this so he can file.

(d) Post-Conviction Proceedings:
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trail court? No

(e) Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: None

Ground Two
Didn't File

Ground Three
Didn't File

Ground Four
Didn't File

13. Please answer these additional questions about the petition you are filing:
(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? No
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: No, because I didn't know the law that you can file for inconsistent counseling till now.
(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them: Just now found out you can file for inconsistent counselings.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available:
All Cases: Eastern District Of Louisiana
Jason Jarrell Spikes vs. Lewis Murry, Matthew Caplan No 17-817 & Prisoner suit, all issues in ho petition 12(6); the date of the court's decision I don't know and the result for each petition, application, or motion filed I don't know

Jason Jarrell Spikes vs. William J. Knight No. 17-17638; 1983 prisoner suit all issues in his petition 12(6); the date of the court's decision: March 26, 2018 and the result for each petition, application, or motion filed: Dismiss with Prejudice

Jason Jarrell Spikes vs. Louisiana No. 18-3759; 1983 prisoner suit, all issues in petition Lewis Ming and Matthew Caplan 12(6), the date of the court's decision Sept 13, 2018 and the result for each petition, application or motion filed: out of jurisdiction

Jason Jarrell Spikes vs. Josh McMans; ETAL No. 17642; 1983 prisoner suit the issue in his petition State 12(6), the date of the court's decision: April 23, 2018 and the result for each petition, application, or motion filed: Dismiss with Prejudice

Jason Jarrell Spikes vs. David Knight No. 18-0887; 1983 prisoner suit, the issue inconsist counseling, the date of the court's decision: October 1, 2018 and the result for each petition, application, or motion filed: forma pauperis failed denied

15) Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes
If "Yes" state the name and location of the court, the docket or case number, the type of proceeding and the raised: Eastern District Of Louisiana; Jason Jarrell Spikes vs. Louisiana; Writ of Habeas Corpus; Everything in this petition. Jason Jarrell Spikes vs. Josh McMans ETAL Writ of Habeas Corpus; Everything in this petition.

16) Give the name and address, if known, of each attorney who presented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: David Knight 22nd Public Defender Office Franklinton
(b) At arraignment and plea: David Knight 22nd Public Defender Office Franklinton, LA.
(c) At trial: David Knight 22nd Public Defender Office Franklinton, LA.
(d) At sentencing: David Knight 22nd Public Defender Office Franklinton, LA.

(e) On appeal: Prentice L. White P.O. Box 74385 Baton Rouge, LA 70874
(f) In any post-conviction proceedings: David Knight 22nd Public Defender's Office Franklinton, LA.
(g) On appeal from any ruling against you in a post-conviction proceeding: Prentice L. White P.O. Box 74385 Baton Rouge, LA. 70874

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one year statute of limitations as contained in 28 U.S.C. §2244 does not bar your petition?
No, December 21, 2017

The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. 2244(d) provides in part that:
(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person shall run from the latest December 21, 2017 & December 21, 2018
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking review: December 21, 2017
(B) the date on which the impediment to filing an application created by the State in violation of the Constitution or laws of the United States is removed if the applicant was prevented from filing by such state claims Judge Knight won't give me my Motions to Produce Documents
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on

colletural review, or I didn't file to them.

(D) the date on which the factual predicate of the claims presented have been discovered through the excersise of due diligence. On June 26, 2017 at my habitual-offender sentence when David Knight just objected my sentence instead of filing post conviction motion. LA. Code Crim P. art 921. In conducting this review, we must be expressly mindful of Louisiana's circumstantial evidence tools to prove, in order to convict, it must exclude every reasonable hypothesis of innocense.

(2) The time during which a properly filed application for State post conviction or other collateral review with the respect to the pertinent judgment or claim pending shall not be counted toward any period of limitation under this subsection.

Therefore petitioner ask the Court grant the following relief:
Vacate My Sentence

or any other relief to which petitioner may be entitled.
Civil liabilites, Criminal liabilites, Administrator liability.

Jason Spikas

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on October 28, 2018.

Executed (signed) on 10-28-2018

Jason Spikas

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS BY A PERSON IN STATE CUSTODY

Jason Jarrell Spikes | United States District Court | Eastern District of Louisiana
Jason Jarrell Spikes | Docket No:
Elayn Hunt Correctional Center | Prisoner No: 537025
Jason Jarrell Spikes v. Public Defender David Knight
The Attorney General of the State of Louisiana

1. (a) Name and location of court that entered the judgement of conviction you are challenging: 22nd District Courtroom Franklinton, LA.
   (b) Criminal docket or case number: 16-CR6-129868

2. (a) Date of the judgement of conviction: January 13, 2017
   (b) Date of sentencing: June 26, 2017

3. 20 years

4. In this case, were you convicted on more than one count or of more than one crime? No

5. Identify all crimes of which you were convicted and sentenced for in this case: Contraband

TENDERED FOR FILING

OCT 31 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

6. (a) What was your plea? Not guilty
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Not guilty to all charges
   (c) If you went to trial, what kind of trial did you have? Jury

7. Did you testify at a pretrial hearing, trail, or a post-trail hearing? Yes

8. Did you appeal from the judgement of conviction? Yes

9. If you did appeal, answer the following:
   (a) Name of court: First Circuit of Appeal
   (b) Docket number: 2017 KA0655
   (c) Result: Habitual Offender Adjudication and Sentence Affirmed
   (d) Date of Result: December 21, 2017
   (e) Citation to the case: Don't know
   (f) Grounds raised (1) The sufficiency of the evidence presented by the State
       (2) The Habitual-Offender Adjudication
       (3) The Sentence imposed by the district-court
   (g) Did you seek further review by a higher state court? Yes No
       (1) Name of court: ~~redacted~~

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgement of conviction in any state court? Yes

11. If your answer to Question 10 was "Yes," give the following information:
    (a)(1) Name of court: 19th Judicial Courtroom
        They didn't respond back
    (b) If you filed any second petition, application, or motion, give the same information: No, I didn't
    (c) If you filed any third petition, application, or motion, give the same information: No, I didn't

(d) Did you appeal to the highest state court having jurisdiction over th[e] action taken on your petition, application, or motion?
  (1) First petition: No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: Didn't know you had 30 days too.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
David Knight let evidence illegally obtained in my trail. He let Lewis Mur[ray] enter a statement in my trail exhibit. It was a statement I supposedly made, but it wasn't written or oral. He let Josh McMorris get on the stand and say I told him the knife was mine and I will just make another one. He let Lewis Murry offer me ten with the bill, where all he could offer me is five and five with the bill for two contraband charges. He let Jude Knight offer me fifthteen years if I lose in trail where the most he could've gave me is five years for a contraband charge. LA. Code Crim P. art 821 "assuming every fact to be proved that evidence tends to prove, in ord[er] to convict, it must exclude every reasonable hypothesis of innocense. He['s] a lawyer he know that this all he had to say on his closing arguments. After he heard the two correctional officer and me say they didn't have no cuts burns. At my habitual-offender sentence he didn't ask for a reconsidera[tion] of sentence. He just said he want to object the sentence. I had to

P. 4

my own reconsideration of sentence. He conspired with the rest of my defendants and Matthew Caplain told the First Circuit I didn't file one and they denied my habitual offender status. During my trail he told me before I got on the stand that I had three drug charges on my jacket as an adult. I told him I never went to jail for no cocaine charges. He said that what the paper said it ain't no way you can say you didn't. I'm going to ask you this when you get on the stand just repeat what the paper said so we can get this out the way, because you not going to trail for these charges you going to trail for two contraband charges we got to beat this. Before they billed me they did fingerprints and my prints didn't match so they used the statement I said on the stand. That's all they had to bill me on.

(rect Appeal of Grand One) → (b) If you did not exhaust your state remedies on Grand One, explain why: At the time I didn't know too much about the law.

(1) If you appealed from the judgement of conviction, did you raise this issue? No

(2) If you did not raise this issue in your direct appeal, explain why: I didn't tell my appellate lawyer about this so he can file.

(d) Post-Conviction Proceedings:
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trail court? No

(e) Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Grand One: None

Grand Two
Didn't File

Grand Three
Didn't File

Grand Four
Didn't File

13. ~~the all grounds~~ Please answer these additional questions about the petition you are filing:
(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? No
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: No, because I didn't know the law that you can file on your public defender till now.
(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them: Just now found out you can file on your public-defender.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.
All Cases: Eastern District Of Louisiana
Jason Jarrell Spikes vs. Lewis Murry, Matthew Caplain No. 17-8178 Prisoner suit, all issues in his petition 12(c); the date of the court's decision; don't know, and the result for each petition, application, or motion filed; don't know
Jason Jarrell Spikes vs. William J. Knight No. 17-17638, prisoner suit all issues in his petition 12(a); the date of the court's decision; March 26, 2018 and the result for each petition, application, or motion filed; Dismiss with Prejudice

Jason Jarrell Spikes vs. Louisiana No. 18-3759; 1983 prisoner suit; all issues in petition Lewis Murry & Matthew Caplan 12(6), the date of the court's decision Sept. 13, 2018, and the result for each petition, application or motion filed: out of jurisdiction. Jason Jarrell Spikes vs. Josh McMorris; ET AL No. 17642; 1983 prisoner suit the issue in his petition State 12(6), the date of the court's decision: April 23, 2018 and the result for each petition, application, or motion filed: Dismiss with Prejudice.

David Knight Prisoner Suit Case ←

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes If "Yes" state the name and location of the court, the docket or case number, the type of proceeding and the issues raised: Eastern District Of Louisiana; Jason Jarrell Spikes vs. Louisiana No. 18-08884; Writ of Habeas Corpus; Everything in this petition.

16. Give the name and address, if known, of each attorney who presented you in the following stages of the judgement you are challenging:
(a) At preliminary hearing: David Knight 22nd Public Defenders Office Franklinton, LA
(b) At arraignment and plea: David Knight 22nd Public Defenders Office Franklinton
(c) At trial: David Knight 22nd Public Defenders Office Franklinton, LA
(d) At sentencing: David Knight 22nd Public Defenders Office Franklinton, LA
(e) On appeal: Prentice L. White P.O. Box 74385 Baton Rouge, LA. 70874
(f) In any post-conviction proceeding: David Knight 22nd Public Defenders Office Franklinton, LA.
(g) On appeal from any ruling against you in a post-conviction proceeding: Prentice L. White P.O. Box 74385 Baton Rouge, LA. 70874

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? No

18. **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one year statute of limitations as contained in 28 U.S.C. § 2244 does not bar your petition* No, December 21, 2017

The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. 2244 (d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person shall run from the lastest December 21, 2017 to December 21, 2018

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking review: December 21, 2017

(B) the date on which the impediment to filing an application created by the State action in violation of the Constitution or laws of the United States is removed if the applicant was prevented from filing by such state claim: Judge Knight won't give me my Motions to Produce Documents

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or I didn't file to them

(D) the date on which the factual predicate of the claims presented have been discovered through the excersise of due diligence. On June June 26, 2017 at my habitual-offender sentence when David Knight just objected my sentence instead of filing post-conviction motion. LA. Code Crim P. art 821. In conducting this review, we must be expressly mindful of Louisiana's circumstantial evidence tests to prove in order to convict, it must exclude every reasonable hypothesis of innocence.

(2) The time during which

P. 8

(2) The time during which a properly filed application for State post conviction or other collateral review with the respect to the pertinent judgment or claim pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner ask the Court grant the following relief:
Vacate My Sentence

or any other relief to which petitioner may be entitled.
Civil liabilities, Criminal liabilities, Administrative liability.

*Jason Spikes*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on October 28, 2018.

Executed (signed) on 10-26-2018

*Jason Spikes*

Juan J Spino
537025
Elayn Hunt Correctional Center
6925 Hwy 74
P.O. Box 174
St. Gabriel, LA 70776

U.S. POSTAGE >> PITNEY BOWES
ZIP 70776 $ 003.52⁰
02 4W
0000351506 OCT 29 2018

Clerk's Office
United States District Court
Eastern District Of Louisiana
500 Poydras Street
New Orleans, LA 70130

Baton Rouge P&DC 708
MON 29 OCT 2018 PM