p. 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Jason Spikes
-vs-
David Knight

Civil Action No. ~~[redacted]~~
Section " " "Mag" " "

Pleadings

Exclusion of Evidence Illegally Obtained

I was on trail for two contraband charges, and I was about to get on the stand. My lawyer said don't because he was going to use my preview conviction. I told him the only conviction I have is marijuana. He pulled out a page that said I had been convicted of possesion of cocaine and distribution of cocaine. I did but as a juvenile. He said it's saying it rite here and we don't have nothing to fight it. So, I told him when I get on the stand just ask me, and I was going to say it because I was going on two contraband charges I just wanted to be found not guilty on them. My lawyer asked me first and then the D.A. Lewis Murry ask me next. (David Knight p. 378) and (Lewis Murry 388). Also, when I was on the stand I told the truth I was pretrail. (See Trail Record 406 also 383-384, 393-394, 398-400.) The district attorney tieed malfeasance in office and obstruction of justice with the fensic person regarding my fingerprints. (See Habitual-Offender Record p.7). The judge said that the fingerprints didn't match because the bill of information quality couldn't provide a comparison. (See Habitual-Offender Record p. 6-7). The only thing the state had was my testimony. I told the judge at my Habitual-Offender trail

TENDERED FOR FILING
OCT 15 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TENDERED FOR FILING
OCT 31 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

under R.S. 14:127 that the accused did not affect the proceedings in or for which it was made. (Habitual Offender p. 45)

Also, David Knight let the D.A. Lewis Murry put in a statement, I told him I didn't admit orally or written down, he told me the D.A. Lewis Murry put in what he want. The only statement they was Josh McMorris getting on the stand saying I said "That's okay. I'll just make another one." The First Circuit of Louisiana knew he was lying, but they said an appellate court will not reweigh the evidence to overturn a fact finder's determination of guilt. Absent a showing that the defendant was not granted the fundamental due process of law. "fruit of the poisonous tree" doctrine - states that once the primary evidence (the "tree") derived from it is also inadmissible.

Const. Article II - Congress may be general Laws prescribe the Manner in which Acts, Records, and Judicial Proceedings shall be proved and the Effect thereof.

Judge Knight offered me 15 years on a contraband charge 14:402 were the most it carry 0 to 5. I asked my Lawyer David Knight how I got offered all that time he say the judge make up his on plea.

Tittle 42 of U.S. Code Section 1983 - Civil Action for Deprivation of Civil Rights
Tittle 42 of U.S. Code Section 1985 - Conspiracy to Interfere with Civil Rights
Tittle 42 of U.S. Code Section 1981 - Equal Rights under the Law
Tittle 18 of U.S. Code Section 242 - Criminal Liability for Deprivation of Civil Rights

P.3

Tittle 18 of U.S. Code Section 241- Criminal Liability for Conspiracy to Deprive a Person of Rights.

Tittle 18 of U.S. Code Section 245 - Violations of Federally Protected Activities Administrative Investigators and Sactions

The Brady Rule on Disclosure of Evidence to the Accused
I got on the stand and said I didn't have no assigned bunk. The officers testified that none of the inmates were assigned to any particular areas in this cell block. The closing arguments David Knight suppose to state LA. Code Crim P. art 821 "assuming every fact to be proved that evidence tends to prove, in order to convict, it must exclude every reasonable hypothesis of innocense." It's a lawyer he know that that's all he had to say on his closing arguments. (on trail p. 311) is what were you gone find what the other correctional officer said.

The Right To A Fair And Impartial Trail
When Josh McMorris got on the stand and said I said "That's okay. I'll just make another one." He didn't try to get off my evidence or he didn't object. A statement is orally or written the court didn't hae none of that (Trail Record 297). At habitual hearing he just objected the verdict. I had to send my own reconsideration hearing a month later (Trail Record 507).

Infliction of mental or emotional distress: A form of intential tort consisting of the infliction of severe emotional distress on a person through intented or reckless and outrageous conduct.

Ethnic violation - Of or relating to sizable groups of people sharing a common and distinctive racial, religous, linguistic, or cultural heritage.

*Jason Spikes*

Certificate

I hereby certify that I have served a copy of this document on all counsel to record either in person by mailing it to postage prepaid on this ___1___ day September, 2018

*Jason Spikes*

David Knight just objected my habitual-offender sentence he didn't present any arguments that clearly and convincingly showed that the defendant is exceptional and a victim of the legislature's failure to assign a sentence that was meaningfully tailored to his culpability, to the gravity of the offense, and to the circumstances of the case. He's a lawyer he conspired with the 22nd District-Attorney's Office to get my sentence accepted, but I filed my own Reconsideration of Sentence. Matthew Caplan lied on his brief.